# In the United States Court of Federal Claims

**No. 07-377C**
**(Filed: June 18, 2007)**

* * * * * * * * * * * * * * * * *
*
**MOORE'S CAFETERIA SERVICES, d/b/a MSC MANAGEMENT,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Based on the status conference held on June 18, 2007, the schedule for briefing shall be as follows:

| | |
|---|---|
| Wednesday, June 20, 2007 | Government files administrative record |
| Friday, June 22, 2007 | Government files opposition to plaintiff's motion for a temporary restraining order/preliminary injunction |
| Tuesday, June 26, 2007 | Plaintiff files response |
| Thursday, June 28, 2007 | Oral argument shall be held at **10 a.m.** eastern standard time. Counsel for each party shall be reached at the following telephone numbers unless otherwise notified: Counsel for plaintiff at (845) 362-4800; Counsel for defendant at (202) 616-2228; defendant's |

agency counsel at (703) 696-2826.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge