# In the United States Court of Federal Claims

**No. 07-377C**
**(Filed: June 20, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **MOORE'S CAFETERIA SERVICES, d/b/a MSC MANAGEMENT,** | * * * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

**ORDER**

Plaintiff's unopposed motion, filed June 15, 2007, for a protective order is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge