# In the United States Court of Federal Claims

**No. 07-377C**
**(Filed: June 20, 2007)**

* * * * * * * * * * * * * * * * *

**MOORE'S CAFETERIA SERVICES, d/b/a MSC MANAGEMENT,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's motion for leave, filed June 15, 2007, to file the declaration of Daniel C. Moore with a facsimile signature and to file the declaration with original signature when received is **GRANTED**.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge