IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| MOORE'S CAFETERIA SERVICES,<br>d/b/a MCS Management<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 07-377C<br>(Judge Firestone) |

NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, the United States, respectfully submits this notice of recent supplemental authority which was not identified in our June 22, 2007 motion for judgment upon the administrative record. The United States Court of Appeals for the Federal Circuit recently issued a precedential decision in Blue & Gold Fleet, LP v. United States, Fed. Cir. No. 2006-5064 (Jun. 26, 2007). A copy of the slip opinion is attached to this notice for the Court's convenience.

In that case, the court of appeals held that bid protest plaintiffs must challenge the terms of the solicitation prior to award. Slip. Op. at 7-8. The court of appeals concluded that protesters who do not do so waive their ability to bring claims based upon the terms of the solicitation in the United States Court of Federal Claims. Slip. Op. at 6.

The Blue & Gold decision is relevant to the present protest because MCS is contesting the CO's decision not to use the Joint Policy's five percent benchmark, Compl. ¶ 50, and to use the general criteria for award that was in the RFP. Accordingly, we intend to argue that MCS has waived its right to claim that the award criteria was not in accordance with law when it failed to object to the solicitation terms during the bidding process.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:
LTC FRANK MARCH
CAPT JOSHUA DREWITZ
Contract & Fiscal Law Division
Office of the Judge Advocate General
Department of the Army
901 N. Stuart St., Suite 500
Arlington, VA 22203

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th fl.
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 616-2228
Fax. (202) 305-7643

June 27, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 27th day of June, 2007, a copy of the foregoing "NOTICE OF SUPPLEMENTAL AUTHORITY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Tara K. Hogan