# In the United States Court of Federal Claims

**No. 07-377 C**

**MOORE'S CAFETERIA SERVICES,**
**d/b/a MCS MANAGEMENT,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed June 29, 2007, denying plaintiff's motion for a temporary restraining order and a preliminary injunction, and granting the government's motion for judgment upon the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**June 29, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.