Receipt # 066785

FILED
JUN 29 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MOORE'S CAFETERIA SERVICES d/b/a MCS MANGEMENT<br><br>Plaintiff,<br><br>V.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 07-377C<br><br>(Judge Firestone)<br><br>ORIGINAL |

**NOTICE OF APPEAL**

Pursuant to Rule 58.1 of the Rules of the U.S. Court of Federal Claims and Rule 3 of the Federal Rules of Appellate Procedure, notice is hereby given that the Plaintiff, Moore's Cafeteria Services d/b/a MCS Management ("Plaintiff or MCS"), hereby appeals to the United States Court of Appeals for the Federal Circuit for the final judgment entered into this action pursuant to the Court's Order dated June 29, 2007.

Respectfully submitted,

Sam Z. Gdanski
Gdanski & Gdanski, LLP
3 Rockwood Lane,
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700

Scott H. Gdanski
Attorney's for Plaintiff
Moore's Cafeteria Services

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 28th day of June 2007, I mailed by first class mail copies of Plaintiff's Notice Of Appeal to:

Tara Hogan, Esq.
United States Department of Justice Commercial Litigation Branch
Civil Division
Room 7034
1100 L Street, N.W. Washington D.C., 20530
Fax: 202-616-2228

ORIGINAL

Respectfully submitted,

Sam Z. Gdanski
Attorney for the Plaintiff
Gdanski & Gdanski, LLP
3 Rockwood Lane,
Suffern, NY 10901
Phone: (845) 362-4800
Fax: (845) 362-4700

Scott H. Gdanski
Attorney's for Plaintiff
Moore's Cafeteria Services