# In the United States Court of Federal Claims

**07-377C**

**Filed: July 3, 2007**

**MOORE'S CAFETERIA SERVICES**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**June 28, 2007**

The above document has been filed with the Clerk’s Office in hard copy and is not available electronically. To view this document please contact the Clerk’s Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.