# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

**2007-5141 - MOORE'S CAFETERIA V US**

RECEIVED
JUL 12 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**Date of docketing:** 07/02/2007

**Appeal from:** United States Court of Federal Claims case no. 07-CV-377

**Appellant(s):** Moore's Cafeteria Services doing business as MCS Management

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Sam Z. Gdanski
Tara K. Hogan

2007-5141

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Nancy B. Firestone**

**Nature of Suit:** 140

**Type of Case:** Contract (Post Award) - Injunction

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 2007

JAN HORBALY
CLERK

MOORE'S CAFETERIA SERVICES
d/b/a MCS MANAGEMENT,

*Plaintiff,*

v.

THE UNITED STATES,
*Defendant*

FILED UNDER SEAL

**CFC Docket No.:** 07-377 C.

**Cross or Related?** No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered:** June 29, 2007.

**Notice of Appeal:** June 29, 2007.

**Fee:** $455.00.

2007 JUL -2 PM 12:59
US COURT OF APPEALS
FEDERAL CIRCUIT

*<u>See Docket Sheet for Plaintiff and Defendant attorney information</u>*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5141

MOORE'S CAFETERIA SERVICES,
doing business as MCS Management,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 07-CV-377, Judge Nancy B. Firestone.

Authorized Abbreviated Caption[2]

MOORE'S CAFETERIA v US, 2007-5141

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.